RECEIVED
IN LAKE CHARLES, LA

MAY 24 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DENEEN RICHMOND<br>IND & AS NATURAL TUTRIX<br>ON BEHALF OF DUSTIN REEVES | : | CIVIL ACTION NUMBER |
| VERSUS | : | 05-0492 |
| AGCO CORPORATION, ET AL. | : | JUDGE MINALDI<br>MAGISTRATE JUDGE WILSON |

### JUDGMENT OF REMAND

The above cause, having been removed from the Judicial District Court for the Parish of Calcasieu, to this Honorable Court, and complainant having made and filed in this Court her motion to have this cause remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana,

IT IS HEREBY ORDERED that this cause be remanded to said 14th Judicial District Court in accordance with today's memorandum ruling.

IT IS FURTHER ORDERED that the Clerk of Court make out a certified copy of this judgment, and forward the same to the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of May, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE